

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2015

No. 04-14-00717-CR

Alfonso Carlos **TAMEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CRM-000389-D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on December 8, 2014. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to January 7, 2015. On January 5, 2015, the appellant filed a motion requesting an additional extension of time to file the brief until February 6, 2015, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by February 6, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court